IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re REZULIN LITIGATION, <br><br> RICHARD AGMAN, et al., <br><br>              Plaintiffs, <br><br>      v. <br><br> WARNER-LAMBERT COMPANY LLC, et al., <br>              Defendants. | CIV. S-05-216 GEB GGH <br><br> ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Since the Judicial Panel on Multidistrict Litigation ("MDL") is considering whether this action should be transferred to the United States District Court for the Southern District of New York, the Status (Pretrial Scheduling) Conference is continued to August 22, 2005, at 9:00 a.m.  A Joint Status Report shall be filed no later than August 8, 2005.[1]

Dated:  May 17, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.